IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00067-MSK-BNB

WATER PIK, INC.,
SKYVISION, INC. and
DANE ROBINSON, an individual,

    Plaintiffs,

v.

THE GILLETTE COMPANY,
BRAUN GMBH and
GILLETTE COMMERCIAL OPERATIONS NORTH AMERICA,

    Defendants.

_____

**ORDER GRANTING MOTION TO WITHDRAW AND MOTION FOR EXTENSION OF TIME TO ANSWER**
_____

Upon consideration of Defendants' Unopposed Motion to Withdraw Their Motion to Stay or Transfer and Defendants' Unopposed Motion for Extension of Time to Answer, it is hereby ORDERED:

(1) Defendants' Motion to Stay or Transfer (Docket No. 8) is WITHDRAWN; and

(2) Defendants' Unopposed Motion for Extension of Time to Answer (Docket No. 20) is GRANTED.  Defendants may file an answer on or before August 2, 2005.

Dated this 26th day of July, 2005

                        **BY THE COURT:**

                        */s/ Marcia S. Krieger*

                        Marcia S. Krieger
                        United States District Judge