IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01355-WYD-PAC

THE GILLETTE COMPANY,
BRAUN GMBH, and
GILLETTE COMMERCIAL OPERATIONS NORTH AMERICA,

      Plaintiffs,

v.

SKYVISION, INC.,
DANE ROBINSON, and
WATERPIK TECHNOLOGIES, INC.,

      Defendants.

---

ORDER CONSOLIDATING CIVIL ACTION NO. 05-CV-00067-MSK-BNB
WITH CIVIL ACTION NO. 05-CV-01355-WYD-PAC

---

THIS MATTER comes before the Court pursuant to the Unopposed Motion to

Consolidate Civil Action No. 05-CV-00067-MSK-BNB with Civil Action No. 05-CV-01355-

WYD-PAC.  The Court concludes that common questions of law and fact exist in the two

actions sufficient to warrant consolidation.

IT IS THEREFORE ORDERED that the Unopposed Motion to Consolidate Civil

Action No. 05-CV-00067-MSK-BNB with Civil Action No. 05-CV-01355-WYD-PAC is

GRANTED.  The two actions shall be consolidated.  The Court further orders that the

consolidated cases shall be assigned for all further purposes to the Honorable Wiley Y. Daniel,

and all filings in the consolidated cases shall be made in Civil Action No. 05-CV-01355-WYD-

PAC.

Dated:  August 25, 2005

BY THE COURT:

s/ Wiley Y. Daniel

Wiley Y. Daniel

U. S. District Judge